UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 11-20552 |
| | ) | |
| BLONDER ACCENTS, LLC | ) | JUDGE MORGENSTERN-CLARREN |
| | ) | |
| Debtor. | ) | TRANSMITTAL OF UNCLAIMED |
| | ) | FUNDS |

**TO THE CLERK OF COURT:**

Check No. 159, 160, and 161 in the amounts of $597.08, $564.35 and $378.92 represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a).

| CREDITOR(S): | CLAIM NUMBER | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Scott C. Olson<br>PO Box 44142<br>Brooklyn, OH 44144 | 37 | $1,553.44 | $597.08 |
| Gregorio Garcia<br>2006 West 95th Street<br>Apt. No. 1<br>Cleveland, OH 44102 | 47 | $1,468.32 | $564.5 |
| Renee R. Novak<br>11240 Somerset Drive<br>Apt. No. 344E<br>N. Royalton, OH 44133 | 53 | $985.88 | $378.92 |

DATED: January 22, 2016

/s/Mary Ann Rabin
MARY ANN RABIN (#0000009)
Rabin & Rabin Co., L.P.A.
55 Public Square, Suite 1510
Cleveland, OH 44113
216-771-8084
Trustee-in-Bankruptcy